# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ANGELA HAWTHORNE,<br>               Plaintiff,<br><br>v.<br><br>SHEPHERD OUTSOURCING, LLC.<br><br>               Defendant. | Case No.: 4:25-cv-00864 |

### NOTICE OF ENTRY OF APPERANCE

PLEASE TAKE NOTICE that Daniel J. Ciment hereby appears as lead counsel for Plaintiff ANGELA HAWTHORNE.  Copies of future correspondence and service should be addressed as follow:

> Daniel J. Ciment
> Ciment Law Firm, PLLC
> 4500 Mercantile Plaza Dr., Ste. 300
> Fort Worth, TX 76137

Dated this 8th day of October, 2025.

Respectfully submitted,

          */s/ Daniel J. Ciment*
          Daniel J. Ciment, Esq, Texas Bar No. 24042581
          Ciment Law Firm, PLLC
          4500 Mercantile Plaza Dr., Ste. 300
          Fort Worth, TX 76137
          833-663-3289
          Daniel@CimentLawFirm.com
          Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2025, I caused a true and correct copy of the foregoing to be served by electronic email to all counsel of record.

          */s/ Daniel J. Ciment*
          Daniel J. Ciment, Esq