IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANGELA HAWTHORNE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:25-CV-00864-O |
| | § | |
| SHEPHERD OUTSOURCING, LLC | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Angela Hawthorne filed this action on August 12, 2025, against Defendant Shepherd Outsourcing, LLC. ECF No. 1. Defendant Shepherd Outsourcing waived service of process, which was sent on August 13, 2025. Waiver of Service, ECF No. 5. Under Federal Rule of Civil Procedure 12(a)(1)(A)(ii) and Federal Rule of Civil Procedure 6(a)(1)(C), Defendant's answer was due October 14, 2025; however, the docket does not reflect any answer, response, or appearance on part of Defendant.

In exercise of its inherent authority to manage its docket "with a view toward the efficient and expedient resolution of cases," *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016), the Court **ORDERS** Plaintiff to move for entry of default against Defendants no later than **November 12, 2025** and, upon entry of default, to file a motion for default judgment under Federal Rule of Civil Procedure 55. If necessary, and pursuant to Federal Rule of Civil Procedure 41(b), the Court will dismiss the Complaint without prejudice if no such motion is filed.

**SO ORDERED** this **15th day** of **October 2025**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**