IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANGELA HAWTHORNE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:25-CV-00864-O |
| | § | |
| SHEPHERD OUTSOURCING, LLC | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is Parties' Notice of Settlement (ECF No. 8) filed on October 15, 2025. The filing indicates that the parties have reached a settlement agreement on all claims and are in the process of finalizing a settlement agreement for this case. The parties request 30 days to finalize the settlement.

Accordingly, the Court **ORDERS** the parties to file the appropriate settlement papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii)) or an agreed motion with corresponding proposed order under Federal Rule of Civil Procedure 41(a)(2)—**no later than November 17, 2025**. If a stipulation of dismissal is not filed by this deadline and further proceedings become necessary or desirable, the parties should immediately file a Joint Status Report with the Court.

**SO ORDERED** on this **16th day** of **October 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**