IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANGELA HAWTHORNE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:25-CV-00864-O |
| | § | |
| SHEPHERD OUTSOURCING, LLC | § | |
| | § | |
| Defendant. | § | |

### ORDER

The Parties failed to file the required settlement papers by the November 17, 2025, deadline this Court set forth in its Order issued on October 16, 2025, ECF No. 9. The same Order required the Parties to file a Joint Status Report upon failure to meet that deadline, which they have failed to do. Accordingly, the Parties are therefore **ORDERED** to file a Joint Status Report or otherwise explain their failure to file settlement papers on or before **November 25, 2025**. The Parties are also **ORDERED** to file an agreed motion with a corresponding proposed settlement order under Federal Rule of Civil Procedure 41(a)(2) no later than **November 25, 2025**.

SO ORDERED on this **18th day** of **November 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**