# UNITED STATES DISTRICT COURT
## Northern District of Texas – Ft. Worth Division

| | | |
|---|---|---|
| ANGELA HAWTHORNE, | § | |
| | § | |
| PLAINTIFF | § | CASE NUMBER: 4:25-cv-00864 |
| | § | |
| VS. | § | |
| | § | |
| SHEPHERD OUTSOURCING, LLC, | § | |
| | § | DEMAND FOR JURY TRIAL |
| DEFENDANT | § | |
| | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Angela Hawthorne, hereby stipulates to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action by Plaintiff against Defendant, and that said case be dismissed with prejudice, and with each side to bear its own costs and attorney's fees.

Respectfully Submitted,

/s/ *Daniel J. Ciment*
Daniel Ciment
Ciment Law Firm, PLLC
4500 Mercantile Plaza Dr, Suite 300
Fort Worth, Texas 76137
Telephone: (833) 663-3289
Email: Daniel@cimentlawfirm.com

*Attorney for Plaintiff,*
*Angela Hawthorne*